**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Anthony WOOTEN Defendant—
Appellant.**

**No. 03–5967.**

United States Court of Appeals,
Sixth Circuit.

Sept. 20, 2004.

John T. Tibbetts, Asst. U.S. Attorney,
U.S. Attorney's Office, Memphis, TN, for
Plaintiff–Appellee.

M. Dianne Smothers, Asst. FP Defend-
er, Office of the Federal Public Defender,
for the Western District of Tennessee,
Memphis, TN, for Defendant–Appellant.

Before NORRIS and DAUGHTREY,
Circuit Judge; OLIVER, District Judge.*

ORDER

This cause having come on to be heard
upon the record, the briefs and the oral
argument of the parties, and upon due
consideration thereof, the court finds that
there is substantial evidence to support the
verdict of the jury and that no prejudicial
error has intervened.

* The Honorable Solomon Oliver, Jr., District
Judge for the Northern District of Ohio, sit-
ting by designation.

Accordingly, it is ORDERED that the
judgment of the district court be and it
hereby is affirmed.